UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chase,
Plaintiff,

v. Civil No. 00-2468 (MJD/JGL)

W.R. Grace & Company - Conn.,

Defendant.

Nickelson, et. al.,
Plaintiffs,

v. Civil No. 00-2672 (JRT/FLN)

W.R. Grace & Company - Conn,
et. al.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 00-2468 having been assigned to Judge Michael J. Davis and case number 00-2672 having later been assigned to Judge John R. Tunheim and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-2672 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: December 12, 2000

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: December 13, 2000

JUDGE JOHN R. TUNHEIM
United States District Court

DEC 13 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Nickelson, et al

vs. 00-2672MJD/JGL

W.R. Grace

The above-entitled matter has been re-assigned to Judge Michael J. Davis and referred to Magistrate Judge Jonathan G. Lebedoff. Please note the judge changes and refer to it in future filings